**Louis C. DANIELS, Petitioner— Appellant,**

v.

**Robert L. AYERS, Jr., Warden, Respondent—Appellee.**

**No. 06–17223.**

United States Court of Appeals, Ninth Circuit.

Submitted June 4, 2007.*

Filed June 12, 2007.

Louis C. Daniels, San Quentin, CA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Scott C. Mather, Esq., AGCA—Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

We have reviewed appellant's response to this court's April 10, 2007 order to show cause and conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.